UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-                                         ORDER

KENNETH WEBSTER,                                  24-mj-1379-3

                Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The parties in the above-captioned matter shall appear before this Court on May 30, 2024 at 10:30 a.m. for an initial conference and plea hearing.

Dated:  May 21, 2024
          New York, New York

                                   SO ORDERED.

                                   GEORGE B. DANIELS
                                   UNITED STATES DISTRICT JUDGE